IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. JONES, | No. CIV S-11-2799-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| OFFICE OF WORKERS' COMP. PROGRAMS, | |
| Defendant. | |
| _____/ | |

     Plaintiff, who is proceeding pro se, brings this civil action pursuant to 5 U.S.C. § 522a(g)(1) to remedy alleged violations of the Privacy Act of 1974.  The matter was set for an initial status/scheduling conference on March 28, 2012, at 10:00 a.m. before the undersigned in Redding, California.  Plaintiff appeared pro se.  Yoshinori Himel, Esq., appeared for defendant.

     At the hearing, defendant's counsel offered to voluntarily provide plaintiff with its entire record in plaintiff's case by April 27, 2012.  Plaintiff shall review the documents provided by defendant and, if necessary, file a motion for leave to conduct discovery no later than July 6, 2012.  Briefing and hearing on such motion shall be governed by Eastern District of California Local Rule 230.

/ / /

Accordingly, IT IS HEREBY ORDERED that any motion for leave to conduct discovery shall be filed no later than July 6, 2012.

DATED: March 28, 2012

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE