1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    MICHAEL R. JONES,                        No. CIV S-11-2799-MCE-CMK

12               Plaintiff,

13         vs.                                  <u>ORDER</u>

14    OFFICE OF WORKERS' COMP.
      PROGRAMS,

15
                 Defendant.
16    _____/

17              Plaintiff, who is proceeding pro se, brings this civil action pursuant to 5 U.S.C.

18    § 522a(g)(1) to remedy alleged violations of the Privacy Act of 1974.  The matter was set for an

19    initial status/scheduling conference on March 28, 2012, at 10:00 a.m. before the undersigned in

20    Redding, California.  Plaintiff appeared pro se.  Yoshinori Himel, Esq., appeared for defendant.

21              At the hearing, defendant's counsel offered to voluntarily provide plaintiff with its

22    entire record in plaintiff's case by April 27, 2012.  Plaintiff shall review the documents provided

23    by defendant and, if necessary, file a motion for leave to conduct discovery no later than July 6,

24    2012.  Briefing and hearing on such motion shall be governed by Eastern District of California

25    Local Rule 230.

26    / / /

1

1          Accordingly, IT IS HEREBY ORDERED that any motion for leave to conduct

2  discovery shall be filed no later than July 6, 2012.

3

4  DATED:   March 28, 2012

5                                                    _____

6                                                    **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26