# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. JONES, | No. 2:11-CV-2799-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| OFFICE OF WORKERS' COMP. PROGRAMS, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action under the Privacy Act and Freedom of Information Act. Pending before the court is plaintiff's motion for leave to conduct discovery (Doc. 23).

The motion is procedurally defective and will be stricken. As specified in the court's March 29, 2012, order, plaintiff's motion for discovery is governed by Eastern District of California Local Rule 230. Under Local Rule 230(b), motions shall be noticed for hearing before the appropriate judge. Under Local Rule 230(c), defendant's opposition would be due within 14 days preceding the noticed hearing date. Here, plaintiff did not notice his motion for hearing before any judge. This violates Local Rule 230(b) and also makes it impossible to calculate the due date for a response pursuant to Local Rule 230(c).

1  This matter is set for a status conference on July 18, 2012, at 10:00 a.m. in
2  Redding, California.
3  Accordingly, IT IS HEREBY ORDERED that:
4  1. Plaintiff's motion for leave to conduct discovery (Doc. 23) is stricken for
5  violation of Local Rule 230; and
6  2. This matter is set for a status conference at the date, time, and place
7  indicated above.

DATED: June 25, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE