IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. JONES, | No. 2:11-CV-2799-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| OFFICE OF WORKERS' COMP. PROGRAMS, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. Defendant filed an amended motion to dismiss on August 1, 2012. Along with the amended motion, defendant also filed supporting declarations. These declarations contain information which should have been redacted prior to filing. Defendants are directed to file redacted declarations forthwith. Upon the filing of redacted declarations, the Clerk of the Court shall delete any link or reference to the unredacted declarations from the public record.

IT IS SO ORDERED.

DATED: August 2, 2012

　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE