IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL R. JONES,                           No. 2:11-CV-2799-MCE-CMK

        Plaintiff,

    vs.                                                    ORDER

OFFICE OF WORKERS' COMP.
PROGRAMS,

        Defendant.

_____/

        Plaintiff, who is proceeding pro se, brings this civil action.  Defendant filed an amended motion to dismiss on August 1, 2012.  Along with the amended motion, defendant also filed supporting declarations.  These declarations contain information which should have been redacted prior to filing.  Defendants are directed to file redacted declarations forthwith.  Upon the filing of redacted declarations, the Clerk of the Court shall delete any link or reference to the unredacted declarations from the public record.

        IT IS SO ORDERED.

DATED: August 2, 2012

                                                          _____
                                                          **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE