1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11     MICHAEL R. JONES,                    No. CIV S-11-2799-MCE-CMK

12                    Plaintiff,

13           vs.                            <u>ORDER</u>

14     OFFICE OF WORKERS' COMP.
       PROGRAMS,

15
                      Defendant.
16     _____/

17              Plaintiff, who is proceeding pro se, brings this civil action pursuant to 5 U.S.C.

18     § 522a(g)(1) to remedy alleged violations of the Privacy Act of 1974.   Pending before the court

19     is defendant's motion for an extension of time (Doc. 45) to file responses to plaintiff's objections

20     to the court's October 22, 2012, findings and recommendations.[1]   Good cause appearing therefor,

21     the request is granted.   Defendant may file a response to plaintiff's objections by December 12,

22     2012.

23     / / /

24     _____

25          [1]     The docket does not reflect that plaintiff's objections were filed with the court.
       According to defendant's counsel, objections were personally delivered to counsel's office on
26     November 7, 2012.   Plaintiff is advised that, to be considered by the court, objections to findings
       and recommendations must be filed with the Clerk of the Court in Sacramento, California.

Accordingly, IT IS HEREBY ORDERED that:

1.       Defendant's motion for an extension of time (Doc. 45) is granted; and

2.       Defendant may file a response to plaintiff's objections to the court's October 22, 2012, findings and recommendations by December 12, 2012.

DATED:  December 5, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE