**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL R. JONES, | No. 2:11-CV-02799-MCE-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| OFFICE OF WORKERS' COMP. PROGRAMS, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding pro se, brings this civil action pursuant to 5 U.S.C. § 522a(g)(1) to remedy alleged violations of the Privacy Act of 1974. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On October 22, 2012, the Magistrate Judge filed findings and recommendations herein (ECF No. 44) which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

/ / /

/ / /

/ / /

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 22, 2012 (ECF No. 44) are ADOPTED IN FULL;

2. Defendant's motion to dismiss (ECF Nos. 32 and 35) is GRANTED;

3. Plaintiff's access claim is DISMISSED with prejudice as moot;

4. Plaintiff's amendment claim is DISMISSED without prejudice and without leave to amend as unexhausted;

5. Plaintiff's claim for benefits is DISMISSED with prejudice as an impermissible collateral challenge to the underlying agency decisions;

6. Plaintiff's catch-all damages claim is DISMISSED with leave to amend; and

7. Plaintiff's motion for discovery (ECF No 31) is DENIED without prejudice to renewal, at the earliest, following filing of an amended complaint; and

8. Plaintiff shall file an amended complaint, if he chooses to do so, within thirty (30) days from the date this Order is electronically filed.  If no amended pleading is filed within 30 days, the Court will dismiss Plaintiff's catch-all damages claim with prejudice and will direct the Clerk of the Court to close this case.

DATED:   February 25, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE