# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. JONES, | No. 2:11-CV-02799-MCE-CMK |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| OFFICE OF WORKERS' COMP. PROGRAMS, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding pro se, brings this civil action pursuant to 5 U.S.C. § 522a(g)(1) to remedy alleged violations of the Privacy Act of 1974.  On February 26, 2013, the Court issued an order permitting Plaintiff to file an amended complaint within thirty days.  (ECF No. 56.)  The order further specified: "If no amended pleading is filed within 30 days, the Court will dismiss Plaintiff's catch-all damages claim with prejudice and will direct the Clerk of the Court to close this case."  In response, Plaintiff filed a document on March 25, 2013, indicating that he would not be filing an amended complaint and, instead, stands on the original complaint, which the Court dismissed with leave to amend (ECF No. 56) as to the catch-all damages claim.  (ECF No. 58.)  Given Plaintiff's March 25, 2013, response, the remaining catch-all damages claim will be dismissed and this action will be closed.

Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's catch-all damages claim is DISMISSED WITH PREJUDICE; and

    2.    The Clerk of the Court is directed to enter judgment of DISMISSAL WITH PREJUDICE on all claims and close this case.

Date: May 10, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT