IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. JONES,<br><br>    Plaintiff,<br><br>    vs.<br><br>OFFICE OF WORKERS' COMP. PROGRAMS,<br><br>    Defendant. | No. 2:11-CV-2799-MCE-CMK<br><br><br><br>ORDER |

Plaintiff, who was proceeding pro se, brought this civil action under the Privacy Act and Freedom of Information Act. Final judgment was entered on May 13, 2013, and, after several appeals, the judgment was affirmed by the Ninth Circuit. Pending before the court is plaintiff's motion (Doc. 103) to correct the record. Because plaintiff's appeals have been adjudicated, the motion is denied as moot.

    IT IS SO ORDERED.

 DATED: August 3, 2015

                                                                  _____
                                                                  **CRAIG M. KELLISON**
                                                                  UNITED STATES MAGISTRATE JUDGE

1